UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Civil Action No. 7:15-CV-00164-FL

| | |
|---|---|
| KEITH WARD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| AUTOZONERS, LLC | ) |
| | ) |
| Defendant | ) |

## ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR EXEMPTION OF MEDIATION

After considering Defendant's unopposed motion for exemption of mediation, and good cause appearing therefor, the Court orders as follows:

**IT IS HEREBY ORDERED** that the parties are exempt from participating in mediation.

**IT IS SO ORDERED.**

Dated: Oct. 25, 2016

_____
UNITED STATES DISTRICT JUDGE