UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:15-CV-164-FL

KEITH WARD,

    Plaintiff,

v.

AUTOZONERS, LLC,

    Defendant.

## ORDER GRANTING DEFENDANT'S MOTION TO SEAL MEMORANDUM OF LAW IN SUPPORT OF DEFENDANT'S MOTION TO ADMIT EVIDENCE UNDER <u>FEDERAL RULE OF EVIDENCE 412</u>

After considering Defendant's Motion to Seal Memorandum of Law in Support of Defendant's Motion to Admit Evidence Under Federal Rule of Evidence 412, and good cause appearing therefore, the Court orders as follows:

**IT IS HEREBY ORDERED**, that Defendant's Memorandum of Law in Support of Defendant's Motion to Admit Evidence Under Federal Rule of Evidence 412, is sealed.

**IT IS SO ORDERED** this 10th day of April, 2018.

_____
UNITED STATES DISTRICT JUDGE

{M1443833.1}