# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF NORTH CAROLINA, SOUTHERN DIVISION

```
-------------------------------------------X
KEITH WARD,                          X
        Plaintiff,                   X
                                     X
    vs.                              X          Case No. 7:15-cv-164-FL
                                     X
AUTOZONERS LLC,                      X
        Defendant.                   X
-------------------------------------------X
```

## ORDER SEALING PLAINTIFF'S RESPONSE

After considering Plaintiff's motion to seal his Response in Opposition to Defendant's Motion to Admit Evidence Under Fed. R. Evid. 412, and any response thereto, and good cause appearing therefor, the Court orders as follows:

**IT IS HEREBY ORDERED** that Plaintiff's Response in Opposition to Defendant's Motion shall be sealed.

**IT IS SO ORDERED.**

DATED: April 16, 2018

_____
Louise Wood Flanagan
United States District Judge

1