# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA, SOUTHERN DIVISION

------------------------------------------- X
KEITH WARD,                       X

    Plaintiff,                  X

                               X

    vs.                         X           Case No. 7:15-cv-164-FL

                               X           **ORDER GRANTING PLAINTIFF'S MOTION**

                               X           **TO FILE UNDER SEAL**

AUTOZONERS LLC,         X

    Defendant.             X

------------------------------------------- X

This matter coming before the Court on Plaintiff Keith Ward's ("Plaintiff") Motion to File Under Seal Exhibits A through F to its Response in Opposition to Motion, Dkt. 135, and the Court having considered the submissions and arguments of the parties, Plaintiff's Motion is hereby GRANTED.

The following documents appearing on the Docket shall be sealed:

1. Exhibit A to Response in Opposition to Motion (Dkt. 135-1), 4/26/18 Rough Transcript;

2. Exhibit B to Response in Opposition to Motion (Dkt. 135-2), 4/27/18 Rough Transcript;

3. Exhibit C to Response in Opposition to Motion (Dkt. 135-3), 4/30/18 Rough Transcript;

4. Exhibit D to Response in Opposition to Motion (Dkt. 135-4), 5/1/18 Rough Transcript;

5. Exhibit E to Response in Opposition to Motion (Dkt. 135-5), 5/2/18 Rough Transcript;

6. Exhibit F to Response in Opposition to Motion (Dkt. 135-6), 5/3/18 Rough Transcript.

SO ORDERED, this the 2nd day of June, 2018.

                                                LOUISE W. FLANAGAN
                                                United States District Judge