UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:15-CV-164-FL

| | |
|---|---|
| KEITH WARD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| AUTOZONERS, LLC, | ) |
| | ) |
| Defendant. | ) |

### DEFENDANT'S NOTICE OF APPEAL

Notice is hereby given that Defendant AutoZoners, LLC in the above named case, hereby appeals to the United States Court of Appeals for the Fourth Circuit the Judgment entered in this action on the 4th day of May, 2018 (Rec. Doc. 127); the Order (Under Seal) on Defendant's Renewed Motion for Judgment as a Matter of Law and Defendant's Motion to Alter Judgment entered into this action on the 22nd of August, 2018 (Rec. Doc. 152); and the Amended Judgment Entered into this action on the 24th of August, 2018 (Rec. Doc. 153).

Dated: September 19, 2018       Respectfully submitted,

                                                       */s/ Laurie M. Riley, Esq.*
                                                       Laurie M. Riley, Florida Bar Number: 657751
                                                       Local Civil Rule 83.1(e) Counsel
                                                       Jones Walker LLP
                                                       201 South Biscayne Boulevard, Suite 2600
                                                       Miami, FL 33131
                                                       Telephone: 305-679-5728
                                                       Facsimile: 305-679-5816
                                                       Email: lriley@joneswalker.com

                                                       And

Tracy E. Kern, Louisiana Bar Number 20246
Local Civil Rule 83.1(e) Counsel
Jones Walker LLP
201 St. Charles Avenue – 50th Floor
New Orleans, Louisiana 70170-5100
Telephone: (504) 582-8000
Facsimile: (504) 582-8015
tkern@joneswalker.com

And

George J. Oliver
N.C. Bar No. 5774
Jeffrey R. Whitley
N.C. State No. 46497
434 Fayetteville Street, Suite 2800
Raleigh, NC 27611
Telephone: (919) 755-8700
Facsimile: (919) 755-8800
jerry.oliver@smithmoorelaw.com
jeff.whitley@smithmoorelaw.com
Local Civil Rule 83.1 Counsel

*Counsel for Defendant*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that this 19th day of September, 2018, the foregoing Defendant's Notice of Appeal has been served on the parties herein by electronic transmission using the Court's CM/ECF electronic transmission system which will automatically send email notification of such filing to the other Counsel of Record, identified below.

Laura J. Wetsch
Winslow & Wetsch, PLLC
416 Morson Street
Raleigh, NC 27601
lwetsch@winslow-wetsch.com

Rebecca J. Houlding
Giselle Schuetz
Shilpa Narayan
Friedman & Houlding, LLP
1050 Seven Oaks Lane
Mamaroneck, NY 10543
Rebecca@friedmanhoudingllp.com
giselle@friedmanhoudingllp.com
shilpa@friedmanhoudingllp.com

/s/ Laurie M. Riley, Esq.
Laurie M. Riley, Florida Bar Number: 657751
Admitted *Pro Hac Vice*
Jones Walker LLP
201 South Biscayne Boulevard, Suite 2600
Miami, FL 33131
Telephone: 305-679-5728
Facsimile: 305-679-5816
Email: lriley@joneswalker.com